IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KERRY REGINALD COBB,<br><br>                    Plaintiff<br>        VS.<br><br>CONNIE KILGORE, *et al.*,<br><br>                    Defendants | NO. 5:09-CV-207 (HL)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION TO DISMISS

On October 26, 2009, defendants Connie Kilgore, Shirley Crowe, Terrie Mullis, Donald Barrow, Todd Tripp, and Alan Adams filed a motion seeking dismissal of the above-captioned case. Tab #11. On October 29, 2009, the undersigned entered an order directing plaintiff Kerry Reginald Cobb to file a response to the defendants' motion on or before Friday, November 20, 2009. Tab #13. In addition to directing the plaintiff to respond, the undersigned's order advised the plaintiff that, if he failed to respond, the court would consider the defendants' motion uncontested and recommend that it be granted. To date, the plaintiff has failed to file a response or any other pleading in this case.

Accordingly, **IT IS RECOMMENDED** that the defendants' unopposed request for dismissal be **GRANTED** and that all claims against them be **DISMISSED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

The Clerk is directed to serve plaintiff at the **LAST ADDRESS provided by him**.

**SO RECOMMENDED**, this 20th day of MAY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE