**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

KERRY REGINALD COBB,                    :
                                        :
          Plaintiff,                    :
                                        :
v.                                      :          Case No. 5:09-CV-207 (HL)
                                        :
CONNIE KILGORE, et al.                  :
                                        :
          Defendants.                   :

## ORDER

This case is before the Court on the Recommendation to Dismiss (Doc. 15) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Defendants' Motion to Dismiss (Doc. 11) (the "Motion") pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the Plaintiff's case because he has failed to prosecute it. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion (Doc. 11) is granted.

**SO ORDERED**, this the 16th day of June, 2010.

                              *s/ Hugh Lawson*
                              HUGH LAWSON, SENIOR JUDGE

jch